Date: 08/15/11                                                                                                                                                           Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 11-10115 - ALLRED, KRYSTEN ASHLEY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Centerpoint Energy Ent**<br>**Po Box 1700**<br>**Houston, TX 77251** | 000005 | 33.69 | 4.79 |
| ---------- Remittance Total --------------- | | 33.69 | 4.79 |

*FILED AUG 17 2011 — GRANT PRICE, CLERK U.S. BANKRUPTCY COURT, WESTERN DISTRICT OF OKLAHOMA, BY: _____ DEPUTY*

DOUGLAS GOULD, PLC, Trustee